MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**BRIAN LINDSKOG**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No.: 2593104/CA74 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| vs. | Division: Eastern District, Fresno |
| | Magistrate: Hon. Sheila K. Oberto |
| | Date: January 23, 2014 |
| Brian Lindskog, | Time: 10:00 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Ian Whitley, Assistant U.S. Attorney, Defendant, BRIAN LINDSKOG, his attorney of record, Michael Mitchell, that the Status Conference in the above-captioned matters set for January 23, 2014, at 10:00 a.m., be vacated, and the matters be set Status Conference on March 20, 2014, at 10:00 a.m.  This request is made due to the fact that Defendant will be detained in another county on the date and time of the current status conference and will not be free to participate.  Defendant by and through his attorney of record also stipulates and agree to waive and exclude time generally for their speedy trial.

DATED: January 16, 2014                    /S/ Michael E. Mitchell
                                           Michael E. Mitchell Attorney for Defendant
                                           BRIAN LINDSKOG

DATED: January 16, 2014                    /S/ Ian Whitney
                                           Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the status conference, now set for January 23, 2014, at 10 a.m. and continue the status conference to March 20, 2014, at 10:00 a.m. before Magistrate Judge Stanley A. Boone in Courtroom 8, be granted.

IT IS SO ORDERED.

Dated:  **January 21, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE